## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  3:09-md-02100-DRH-PMF<br>)<br>)  MDL No. 2100<br>)<br>) |

**This Document Relates To:**

*Megan Smith, et al. v. Bayer Corporation, et al.*      No. 10-cv-20093-DRH

### <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on April 16, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
　　　　Deputy Clerk

**Dated:**  April 17, 2014

Digitally signed
by David R.
Herndon
Date: 2014.04.17
14:07:15 -05'00'

**APPROVED:**
　　　　**CHIEF JUDGE**
　　　　**U. S. DISTRICT COURT**